In the Matter of the Estate of CATHERINE C. OHMER, Deceased. KATHRYN PEARSON, Appellant; EUGENE A. OHMER, as Administrator with the Will Annexed, etc., of CATHERINE C. OHMER, Deceased, Respondent.— Decree of the Surrogate's Court of Nassau County determining that respondent, as the surviving spouse, had validly exercised his rights of election and exemption in the estate of decedent, and granting other relief, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS W. STEWART and A. LINCOLN J. MILLER, as Executors under the Last Will and Testament of SAMUEL L. STEWART, Deceased. LEWIS T. HUTTON and MARGARET F. HUTTON, as General Guardian of JOAN T. HUTTON, an Infant, etc., Appellants; THOMAS W. STEWART and A. LINCOLN J. MILLER, as Executors and Trustees, etc., of SAMUEL L. STEWART, Deceased, and Others, Respondents.— After the trial of objections to the executors' account in the Surrogate's Court, Orange County, an order was made reopening the trial for the purpose of receiving additional evidence. Order affirmed, with ten dollars costs and disbursements. This court passes on neither the admissibility nor the weight of the additional evidence; but holds only that there was no abuse of discretion in making the order. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

MAE C. JAWORSKI, Respondent, v. JOHN A. C. JAWORSKI, Appellant.— Order denying the defendant's motion to dismiss the complaint herein, pursuant to rule 106 of the Rules of Civil Practice, in so far as appealed from, modified so as to provide that the motion be granted to the extent of dismissing the second cause of action. As so modified, the order is affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order hereon. (*Goldstein* v. *Goldstein*, 283 N. Y. 146.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.